**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7436**

---

BENJAMIN HENDERSON JONES,

Petitioner - Appellant,

versus

GEORGE DEEDS,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-99-705-7)

---

Submitted:  December 16, 1999          Decided:  December 22, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Benjamin Henderson Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin Henderson Jones, a Virginia inmate, appeals from the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). The district court dismissed the petition without prejudice because Jones failed to demonstrate that he had exhausted his available state court remedies. Because the instant petition is Jones' second § 2254 petition, see Jones v. Angelone, 94 F.3d 900 (4th Cir. 1996), Jones must seek authorization from this court before filing a second or successive § 2254 petition. See 28 U.S.C.A. § 2244 (West Supp. 1999). We therefore deny a certificate of appealability and dismiss the appeal on that ground. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2